01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                          )
    Apolinar Tapia                       )    Chapter 7
    Maria C Trujillo                     )    Bankruptcy Case No.
                                                )
    Debtor(s)                            )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.    [To be completed in all cases]

I(We), **Apolinar Tapia** and **Maria C Trujillo**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.


**Apolinar Tapia**
Printed or Typed Name of Debtor or Representative

*Apolinar Tapia*
Signature of Debtor or Representative

*12-16-14*
Date


**Maria C Trujillo**
Printed or Typed Name of Joint Debtor

*Maria C Trujillo*
Signature of Joint Debtor

*12-16-14*
Date


Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

To: ... 12/16/14 3:25PM

B21 (Official Form 21) (12/12)

**Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.**

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Apolinar Tapia**
       **Maria C Trujillo**                       )
                                  Debtor       )    Case No. _____

Address    **408 Willow Ave.**
            **Joliet, IL 60436**                )    Chapter   **7**

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any):      xxx-xx-6854 & xxx-xx-8610
Employer's Tax Identification (EIN) No(s). [if any]: _____

### STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle): **Tapia, Apolinar**
*(Check the appropriate box and, if applicable, provide the required information.)*

     ☐ Debtor has a Social-Security Number and it is: __
           *(If more than one, state all.)*
     ■ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN),
           and it is: xxx-xx-6854 .
           *(If more than one, state all.)*
     ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): **Trujillo, Maria C**
*(Check the appropriate box and, if applicable, provide the required information.)*

     ■ Joint Debtor has a Social-Security Number and it is: xxx-xx-8610
           *(If more than one, state all.)*
     ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number
           (ITIN) and it is: __ .
           *(If more than one, state all.)*
     ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number
           (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

       X   /s/ Apolinar Tapia    *Apolinar Tapia*    12-16-14
          Apolinar Tapia                Date
          Signature of Debtor

       X   /s/ Maria C Trujillo    *Maria C Trujillo*    12-16-14
          Maria C Trujillo               Date
          Signature of Joint Debtor

*Joint debtors must provide information for both spouses.
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Apolinar Tapia
        Maria C Trujillo _____     Case No. _____

                                        Debtor(s)        Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 0

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 12-16-14        /s/ Apolinar Tapia   *Apolinar Tapia.*
                      Apolinar Tapia
                      Signature of Debtor

Date: 12-16-14        /s/ Maria C Trujillo  *Maria C Trujillo*
                      Maria C Trujillo
                      Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

    Signature of Debtor: /s/ Maria C Trujillo     *Maria C Trujillo*
                  Maria C Trujillo
    Date: 12/16/14

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

To: para Apolinar Tapia    Doc 19    Filed 12/16/14    Entered 12/16/14 10:47:52    Desc Redacted Gonzalez

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Apolinar Tapia    *Apolinar Tapia*
Apolinar Tapia

Date:    17-16-14

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

To: part Apolinar Tapia 550 - page 05 of 05      Case 14-44756   Doc 19-21   Filed 12/12/14   Entered 12/12/14 18:14:59   Desc Revised
Signature Pages    Page 6 of 6

12/11/14 2:35PM

B1 (Official Form 1)(04/13)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Tapia, Apolinar |
| | Trujillo, Maria C |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X /s/ Apolinar Tapia   *Apolinar tapia*
Signature of Debtor Apolinar Tapia

X /s/ Maria C Trujillo   *Maria Trujillo*
Signature of Joint Debtor Maria C Trujillo

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X /s/ Daniel Gonzalez
Signature of Attorney for Debtor(s)

Daniel Gonzalez, 6280520
Printed Name of Attorney for Debtor(s)

Gonzalez Law Group
Firm Name

1804 S. Cicero
Cicero, IL 60804

Address

Email: dan@gonzalezlawchicago.com
312-882-0418  Fax: 312-278-4104
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*